1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Quantum Wave, LLC,                    )    No. CV 11-01510-PHX-FJM
                                           )
10                  Plaintiff,             )    **ORDER**
                                           )
11   vs.                                   )
                                           )
12   Michael Russell, Tinka Smith, Michael )
     Haarlander, The Avalon Effect, LLC, and)
13   Wes Burwell,                          )
                                           )
14                  Defendants.            )
                                           )
15                                         )
     Michael Russell, Tinka Smith, Michael )
16   Haarlander, The Avalon Effect, LLC, and)
     Wes Burwell,                          )
17                                         )
                    Counterclaimants,      )
18                                         )
     vs.                                   )
19                                         )
     Quantum Wave, LLC, Paul Weisbart, and )
20   Lillian Weisbart,                     )
                                           )
21                  Counterdefendants.     )
                                           )
22   _____ )

23         **IT IS ORDERED** amending our Order of January 12, 2012 (doc. 44) by also denying

24   counterdefendants' motion to dismiss or strike (doc. 38), for the reasons stated therein.

25         DATED this 26th day of January, 2012.

26

27   _____
                                    _Frederick J. Martone_
28                                    Frederick J. Martone
                                    United States District Judge