**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Quantum Wave, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Michael Russell, Tinka Smith, Michael Haarlander, The Avalon Effect, LLC, and Wes Burwell,<br><br>　　　　Defendants.<br><br>Michael Russell, Tinka Smith, Michael Haarlander, The Avalon Effect, LLC, and Wes Burwell,<br><br>　　　　Counterclaimants,<br><br>vs.<br><br>Quantum Wave, LLC, Paul Weisbart, and Lillian Weisbart,<br><br>　　　　Counterdefendants. | No. CV 11-01510-PHX-FJM<br><br>**ORDER** |

**IT IS ORDERED** amending our Order of January 12, 2012 (doc. 44) by also denying counterdefendants' motion to dismiss or strike (doc. 38), for the reasons stated therein.

DATED this 26th day of January, 2012.

　　　　　　　　　　　　　　_Frederick J. Martone_
　　　　　　　　　　　　　　Frederick J. Martone
　　　　　　　　　　　　　　United States District Judge